UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------

MELISSA G. KING,

                              Petitioner,

          - against -

UNITED STATES OF AMERICA,

                              Respondent.

--------------------------------------------

14 Cv. 7962 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the

petitioner.  The petitioner's time to reply is extended to **July**

**14, 2015.**

SO ORDERED.

Dated:      New York, New York
            June 29, 2015

                                    _____
                                         John G. Koeltl
                                    United States District Judge



RECEIVED
JUN 30 2015
CHAMBERS OF
JOHN G KOELTL
U.S.D.J.

Melissa King, Reg. No. 62944-054
FCC Coleman Medium Satellite Camp
P.O. Box 1027
Coleman, FL 33521-


RECEIVED
JUN 29 2015
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

The Honorable John G. Koeltl, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street - Room 1030
New York, NY 10007-1312

Re: United States v. Melissa King, 14 Cv. 7962 (JGK)

June 22, 2015

Dear Judge Koeltl:

The computers at the Coleman Camp (may be the whole compound, as well) are inoperable and have been since last week. The defendant had to prepare a legal document - memorandum, a Reply, and a declaration without benefit of Counsel, as well as being totally disabled.

I am requesting an extension of time to be able to print these documents and put them in the BOP mail system. As soon as the computers become operable I can print, and copy the three already prepared documents and will execute them and mail them to the court.

(1)

The Honorable John G. Koeltl, U.S.D.J.

14 CV.7962 (JGK)

June 22, 20.

With all due respect, this extension of time, is a most reasonable request, in light of this most extraordinary of circumstances.

Thanking you in advance for granting these few additional days in order to reply to the government's response.

Respectfully,
Melissa Kng
Melissa King

This letter was put in the mail system at Coleman on June 22, 2015.

Melissa King

This letter WAS ALSO FAXED To the Court by the BOP, Counselor Cuttino, on my behalf to 212-805-7912, JUDGE KOELTL'S Chambers.

enc: FAX CONFIRMATION
three copies enclosed          (2)

```
**********************************************************************************
*                                                                    P.01       *
*                          TRANSACTION REPORT                                    *
*                          ──────────────────     JUN-22-2015 MON 11:22 AM       *
*                                                                                *
*     FOR:  COMPLEX CAPTAIN              3526893013                              *
*                                                                                *
*──────────────────────────────────────────────────────────────────────────────*
*     SEND                                                                       *
*                                                                                *
*   DATE  START    RECEIVER        TX TIME   PAGES TYPE      NOTE         M#  DP  *
*──────────────────────────────────────────────────────────────────────────────*
*   JUN-22 11:21 AM 92128057912       51"      5  FAX TX     OK           241     *
*──────────────────────────────────────────────────────────────────────────────*
*                                                                                *
*                                         TOTAL :      51S  PAGES:   5           *
*                                                                                *
```