Melissa G. King, Reg. No. 62944-054
FCC Coleman Medium Satellite Camp
P.O. BOX 1027
Coleman, FL 33521

The Honorable John G. Koeltl, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007-1312

Re: Melissa King v. United States, 14 Cv. 7962 (JGK)

July 9, 2015

*[Handwritten note: The Court has received the petitioner's papers and the motion is now fully briefed. So ordered. JGK 7/9/15 U.S.D.J.]*

*[Stamp: RECEIVED JUL 09 2015 CHAMBERS OF JOHN G. KOELTL U.S.D.J.]*

Dear Judge Koeltl:

The petitioner respectfully submits this letter in order to respectfully advise the Court that, according to USPS, the petitioner's submission is still "in transit," as the package made it to New York, but has not yet made it to the Courthouse.

Specifically, the petitioner's submission was placed in FCC Coleman's mailing system on June 25, 2015; was accepted at the post office in Coleman, FL, on June 29, 2015; and departed the USPS facility in New York on July 1, 2015. Therefore, the petitioner's submission was to be delivered to the Courthouse on July 1, 2015.

At this time, the petitioner has filed a report with USPS regarding the package and was advised to wait until July 9, 2015 before proceeding further. Therefore, since the petitioner's time was extended until July 14, 2015, the petitioner will wait until the end of the day (July 9, 2015), and if there is no progress, the petitioner's family will overnight another copy of her submission to the Court for the following morning.

In addition, the petitioner will also forward a copy of her submission to the Court at koeltl_clerkship@nysd.uscourts.gov. (Again, this was the only email address that the petitioner could find to file her submission electronically.) Though the petitioner did not intend to forward her papers to this email address a second time, given the extensive trouble that the petitioner has faced in trying to file this submission with the Court, this way a final draft of her submission will be in the Court's possession by the end of the day on July 9, 2015.

It should also be noted that the previous email that was sent to the Court and to the government contained only the papers that the petitioner had reviewed at that time,

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/10/15

since the petitioner was unable to review the other papers due to the fact that FCC Coleman's computer system was down. Therefore, the PDF of the petitioner's submission that will be forwarded to the Court today will have the reply, the memorandum of points and authorities, and the declaration, with any changes that the petitioner included in her submission, and with the same dates that the petitioner included in the submission that was previously mailed to the Court.

In addition, it should be noted that the tracking number and additional information from USPS for the original submission are available upon request.

Finally, the petitioner will also fax a copy of this letter to the government at (212) 637-2443, and will forward a copy of her submission to the government at jennifer.gachiri@usdoj.gov.

Dated: Coleman, FL
July 9, 2015

Respectfully,

/s/
———————————
Melissa G. King

2